No. 67127.—Filetta Fish, A/S, et al. v. United States, protests 60/4805, etc. (San Francisco).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 67128.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 60/16389, etc. (Buffalo).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of boiled wool fiber similar in all material respects to that the subject of *C. J. Tower & Sons of Niagara, Inc.* v. *United States* (48 Cust. Ct. 107, C.D. 2320), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 16, 1962

No. 67129.—Wm. Shaland Corp. v. United States, protest 59/33624 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of miniature pocketknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.